JOHN T. KEATING
Nevada Bar No. 6373
K E A T I N G LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
*jkeating@keatinglg.com*
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY,<br><br>Plaintiff<br><br>vs.<br><br>BRYAN COOPER, an individual, STEPHANIE COOPER, an individual, MATTHEW MOORE, an individual, SHANNON MOORE, an individual, THE ROSE DOMKA FAMILY TRUST, a Nevada trust, DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants | CASE NO.:  2:23-cv-00685-CDS-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLIES TO DEFENDANTS COOPER AND DEFENDANT MOORE'S RESPONSE IN OPPOSITION AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

**IT IS HEREBY STIPULATED AND AGREED** by undersigned counsel that the deadline for

Plaintiff's reply to Defendants Cooper's Response in Opposition to Plaintiff's Motion for

Summary Judgment, currently due on December 25, 2023, and Defendant Moore's

Opposition to Motion for Summary Judgment, currently due on December 22, 2023 shall be

extended an additional two weeks.

/ / /

/ / /

/ / /

/ / /

1

*Allstate v. Moore*
*Case No.: 2:23-cv-00685*
*Stipulation and Order to Extend Time*

Plaintiff shall have up to and until January 8, 2024 to file a Reply in Support of said Motion.

Dated this 18th day of December 2023.

**KEATING LAW GROUP**


_____/s/JOHN T. KEATING_____
JOHN T. KEATING
Nevada Bar No. 6373
9130 West Russell Road, Suite 200
Las Vegas, Nevada 89148
*Attorney for Plaintiff*
*Allstate Insurance Company*


Dated this 18th day of December 2023.

**LANGDON & EMISON, LLC**

__/s/Davis A. Brose_____
David A. Brose, Esq.
Justin R. Watkins, Esq
Pro Hac Vice
911 Main Street
Lexington, MO 64067
*Attorneys for Defendants*
*Bryan Cooper and Stephanie Cooper*

Dated this 18th day of December 2023.

**CRAIG P. KENNY & ASSOCIATES**


__/s/Billie-Marie Morrison_____
Billie-Marie Morrison, Esq.
Nevada Bar No. 7689
501 S. 8th Street
Las Vegas, Nevada 89101
*Attorney for Defendants*
*Bryan Cooper and Stephanie Cooper*


Dated this 18th day of December 2023.


__/s/Shannon Arimura (Moore)_____
Shannon Moore
a/k/a Shannon Arimura
5461 Genoa Avenue
Pahrump, Nevada 89060
Defendant in Pro Se

<u>ORDER</u>

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: December 19, 2023

2