JOHN T. KEATING
Nevada Bar No. 6373
KEATING LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
*jkeating@keatinglg.com*
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INDEMNITY COMPANY, <br><br> Plaintiff <br><br> vs. <br><br> BRYAN COOPER, an individual, STEPHANIE COOPER, an individual, MATTHEW MOORE, an individual, SHANNON MOORE, an individual, THE ROSE DOMKA FAMILY TRUST, a Nevada trust, DOES I through X; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants | CASE NO.: 2:23-cv-00685-CDS-DJA <br><br> **STIPULATION TO DISMISS** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by and through their respective counsel, that all claims shall be, and are hereby, dismissed with prejudice, each party to bear their own costs and attorney's fees.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

*Allstate v. Cooper, et al.*
Case No.: 2:23-cv-00685
Stipulation and Order to Dismiss

DATED this 28th day of July, 2025.

**K E A T I N G** LAW GROUP

*/s/ John T. Keating*
JOHN T. KEATING
Nevada Bar No. 6373
9130 W. Russell Road, Ste. 200
Las Vegas, NV 89148
Attorneys for Plaintiff

DATED this 28th day of July, 2025.

LANGDON & EMISON, LLC

*/s/ Justin R. Watkins*
JUSTIN R. WATKINS (*pro hac vice*)
911 Main Street
Lexington, MO 64067
-And-
BILLIE-MARIE MORRISON
Nevada Bar No.: 7689
801 S. Fourth Street
Las Vegas, NV 89101
Attorneys for Defendants
*Bryan Cooper and Stephanie Cooper*

DATED this 28th day of July, 2025.

*/s/ Shannon Moore*
SHANNON MOORE
5461 Genoa Avenue
Pahrump, NV 89060
Defendant in Proper Person

## ORDER

Based upon the foregoing stipulation, this action is dismissed with prejudice, with each party to bear their own costs and attorney's fees. The Clerk of Court is kindly directed to close this case.

Dated: July 31, 2025

_____
U.S. DISTRICT JUDGE

Respectfully Submitted by:

**K E A T I N G** LAW GROUP

*/s/John T. Keating*
JOHN T. KEATING
Nevada Bar No.: 6373
9130 W. Russell Road, Ste. 200
Las Vegas NV 89148
Attorney for Plaintiff

2